UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK PRINCE EDWARDS, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-547 (RMC) |
| OKIE DOKIE, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion for summary judgment filed by Okie Dokie, Inc., [Dkt. #17] is **GRANTED**; and it is

**FURTHER ORDERED** that the motion for summary judgment filed by the District of Columbia, Mayor Anthony Williams, Police Chief Charles Ramsey, and Officer Charles Whiteside [Dkt. #16] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' motion for summary judgment [Dkt. # 21, 24, 25] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: February 6, 2007            _____/s/_____
ROSEMARY M. COLLYER
United States District Judge